UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

_____

MIKE GAVANDA and GARY LARSON, as Trustees of the
Painters and Allied Trades District Council No. 82
Health Care Fund; JOHN BOSQUEZ and GARY LARSON, as
Trustees of the Minneapolis Local 386 Drywall Finishing
Industry Pension Fund, Minneapolis Painting Industry
Pension Fund, Minneapolis Painting Industry Vacation
and Holiday Fund; MICHAEL GAVANDA and
JAMES SMALLEN, as Trustees of the Minnesota
Finishing Trades Training Fund;
and each of their successors,                              Civil File No. 06-543 PAM/JSM


JEFF JEWETT and JOHN NAKASONE, as Trustees
of the St. Paul Painting Industry Pension Fund,
St. Paul Painting Industry Vacation Fund;
and each of their successors,

    Plaintiffs,
vs.                                                                           **ORDER FOR DISMISSAL**

NORTHERN PAINTING, INC., and
ROBERT WYMORE, individually,

    Defendants.

_____


This matter is hereby dismissed, without prejudice or cost to either party.

IT IS SO ORDERED:


Dated: May 1, 2006.                         s/Paul A. Magnuson
                                                   The Honorable Paul A. Magnuson
                                                   United States District Court